■ EDWARD HARRIS, Respondent, v. NUNZIO L. QUINTILLIANI et al., Appellants.— In a negligence action to recover damages for personal injuries, defendants appeal from an order of the Supreme Court, Nassau County, dated November 2, 1970, which granted a general preference. Order reversed, without costs, and general preference denied. In our opinion, it was an improvident exercise of discretion to grant plaintiff a general preference. Rabin, P. J., Hopkins, Munder, Gulotta and Brennan, JJ., concur.